# EXHIBIT A

*Radano & Lide*

ATTORNEYS AT LAW
78 WEST PARK AVENUE, SUITE 2
P.O. BOX 1477
VINELAND, NEW JERSEY 08362-1477
(856) 691-2500
**ATTORNEYS FOR PLAINTIFF**

| | |
|---|---|
| *Plaintiff(s)* <br> DONNA M. SEIG-DESANTIS <br><br> vs. <br><br> *Defendant* <br> T-JIM LOGISTICS, LTD. CO., and JOHN DOE EMPLOYER (a fictitious name) d/b/a T-JIM LOGISTICS, PAUL DOE EMPLOYER (a fictitious name) and ALSALEM T. FORBES a/k/a AL S. FORBES | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION <br> SALEM COUNTY <br> DOCKET NO. SLM-29-22 <br><br> *Civil Action* <br><br> **SUMMONS** |

From the state of New Jersey to the Defendant(s) named above: T-JIM LOGISTICS, LTD CO. c/o REGISTERED AGENT: ALSALEM T. FORBES

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625- 0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the County listed above and online at http://www.judiciary.state.nj.us/prose/10153 deptyclerklawref.pdf.

/s/*Michelle M. Smith*

DATED: February 14, 2022

MICHELLE M. SMITH, Clerk of the Superior Court of New Jersey

Name of Defendant to Be Served: T-JIM LOGISTICS, LTD. CO., c/o REGISTERED AGENT: ALSALEM T. FORBES

Address of Defendant to Be Served: 1304 SUNSET BLVD. SUITE #1053 W. COLUMBIA, SC 29169

*Radano & Lide*
ATTORNEYS AT LAW
PAUL V. ORECCHIA (Designated Trial Counsel)
Attorney ID Number 029261993
MELVILLE D. LIDE, ESQUIRE
Attorney ID Number 003171980
Post Office Box 1477
Vineland, New Jersey 08362-1477
(856) 691-2500
Attorneys for Plaintiff

File No.: 6152-20

| **Plaintiff(s)** | : SUPERIOR COURT OF NEW JERSEY |
|---|---|
| DONNA M. SEIG-DESANTIS | : LAW DIVISION |
| | : SALEM COUNTY |
| | : |
| **Defendant(s)** | : DOCKET NO. SLM-L- |
| | : |
| | : *Civil Action* |
| T-JIM LOGISTICS, LTD. CO., | : COMPLAINT |
| JOHN DOE EMPLOYER (a fictitious | : DESIGNATION OF TRIAL |
| name) d/b/a T-JIM LOGISITICS, | : COUNSEL, DISCOVERY DEMANDS, |
| PAUL DOE EMPLOYER (a fictitious | : OFFER TO TAKE JUDGMENT AND |
| name) and AL SALEM T. FORBES | : JURY DEMAND |
| a/k/a AL S. FORBES | : |

Plaintiff, DONNA M. SEIG-DESANTIS, residing at 26 Fernwood Drive, in the Town of Elmer, County of Salem, and State of New Jersey, by way of Complaint against Defendants, T-JIM LOGISTICS, LTD. CO., JOHN DOE EMPLOYER (a fictitious name) d/b/a T-JIM LOGISITICS, PAUL DOE EMPLOYER (a fictitious name name) and AL SALEM T. FORBES a/k/a AL S. FORBES, says:

### FIRST COUNT

1. On the afternoon of Wednesday, April 29, 2020, Plaintiff, DONNA M. SEIG-DESANTIS, was lawfully operating her private passenger automobile and was traveling in a general easterly direction on U.S. Route 40, in the vicinity of Mile Post 8.3, in the Township of Pilesgrove, County of Salem, and State of New Jersey.

2. At the time and place hereinabove described, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, was operating a large commercially registered truck and was traveling in a general westerly direction on U.S. Route 40, in the

vicinity of Mile Post 8.3, in the Township of Pilesgrove, situated as hereinabove described.

3. At the above time and place, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, so negligently operating the large commercially registered truck he was driving as to cause the large commercially registered truck to cross the center line of the roadway and to collide with the side of the automobile operated by Plaintiff, DONNA M. SEIG-DESANTIS.

4. The negligence of Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, included, inter alia, the followings acts and/or omissions: (a) traveling at an excessive rate of speed under the circumstances, (b) failing to make proper observations, (c) failing to keep his vehicle in the proper lane of travel, (d) failing to properly negotiate a curve in the roadway, and (e) otherwise failing to exercise due care for the safety of Plaintiff, DONNA M. SEIG-DESANTIS, and other persons lawfully using the roadways of the State of New Jersey.

5. At all times herein described, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, was operating the large commercially registered truck in the course and scope of his employment or other agency relationship for Defendant, T-JIM LOGISTICS, LTD. CO.

6. As further direct and proximate result of negligence on the part of Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, and the occurrence in which resulted, Plaintiff, DONNA M. SEIG-DESANTIS, caused to suffer injuries of a temporary and permanent nature, was caused and will be caused to experience great pain and suffering, was caused and will be caused to suffer a diminished earning capacity, was caused and will be caused to seek medical attention for her injuries, has incurred and will incur medical expenses for the treatment of her injuries, was caused and will be caused to experience great anxiety, and was otherwise injured and damaged, all to his great loss and detriment.

WHEREFORE, Plaintiff, DONNA M. SEIG-DESANTIS, demands Judgment against the Defendant, T-JIM LOGISTICS, LTD. CO., for such sums as would reasonably and properly compensate her in accordance with the laws of the State of New Jersey, together with interest, costs of suit, and such other relief as the Court may deem just.

## SECOND COUNT

1. On the afternoon of Wednesday, April 29, 2020, Plaintiff, DONNA M. SEIG-DESANTIS, was lawfully operating her private passenger automobile and was traveling in a general easterly direction on U.S. Route 40, in the vicinity of Mile Post 8.3, in the Township of Pilesgrove, County of Salem, and State of New Jersey.

2. At the time and place hereinabove described, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, was operating a large commercially registered truck and was traveling in a general westerly direction on U.S. Route 40, in the

vicinity of Mile Post 8.3, in the Township of Pilesgrove, situated as hereinabove described.

3. At the above time and place, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, so negligently operating the large commercially registered truck he was driving as to cause the large commercially registered truck to cross the center line of the roadway and to collide with the side of the automobile operated by Plaintiff, DONNA M. SEIG-DESANTIS.

4. The negligence of Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, included, inter alia, the followings acts and/or omissions: (a) traveling at an excessive rate of speed under the circumstances, (b) failing to make proper observations, (c) failing to keep his vehicle in the proper lane of travel, (d) failing to properly negotiate a curve in the roadway, and (e) otherwise failing to exercise due care for the safety of Plaintiff, DONNA M. SEIG-DESANTIS, and other persons lawfully using the roadways of the State of New Jersey.

5. At all times herein described, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, was operating the large commercially registered truck in the course and scope of his employment or other agency relationship for Defendant, JOHN DOE EMPLOYER (a fictitious name) d/b/a T-JIM LOGISITICS, LIMITED LIABILITY COMPANY.

6. As further direct and proximate result of negligence on the part of Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, and the occurrence in which resulted, Plaintiff, DONNA M. SEIG-DESANTIS, caused to suffer injuries of a temporary and permanent nature, was caused and will be caused to experience great pain and suffering, was caused and will be caused to suffer a diminished earning capacity, was caused and will be caused to seek medical attention for her injuries, has incurred and will incur medical expenses for the treatment of her injuries, was caused and will be caused to experience great anxiety, and was otherwise injured and damaged, all to his great loss and detriment.

WHEREFORE, Plaintiff, DONNA M. SEIG-DESANTIS, demands judgment against the Defendant, JOHN DOE EMPLOYER (a fictitious name) d/b/a T-JIM LOGISITICS, LIMITED LIABILITY COMPANY, for such sums as would reasonably and properly compensate her in accordance with the laws of the State of New Jersey, together with interest, costs of suit, and such other relief as the Court may deem just.

### THIRD COUNT

1. On the afternoon of Wednesday, April 29, 2020, Plaintiff, DONNA M. SEIG-DESANTIS, was lawfully operating her private passenger automobile and was traveling in a general easterly direction on U.S. Route 40, in the vicinity of Mile Post 8.3, in the Township of Pilesgrove, County of Salem, and State of New Jersey.

2. At the time and place hereinabove described, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, was operating a large commercially registered truck and was traveling in a general westerly direction on U.S. Route 40, in the vicinity of Mile Post 8.3, in the Township of Pilesgrove, situated as hereinabove described.

3. At the above time and place, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, so negligently operating the large commercially registered truck he was driving as to cause the large commercially registered truck to cross the center line of the roadway and to collide with the side of the automobile operated by Plaintiff, DONNA M. SEIG-DESANTIS.

4. The negligence of Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, included, inter alia, the followings acts and/or omissions: (a) traveling at an excessive rate of speed under the circumstances, (b) failing to make proper observations, (c) failing to keep his vehicle in the proper lane of travel, (d) failing to properly negotiate a curve in the roadway, and (e) otherwise failing to exercise due care for the safety of Plaintiff, DONNA M. SEIG-DESANTIS, and other persons lawfully using the roadways of the State of New Jersey.

5. At all times herein described, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, was operating the large commercially registered truck in the course and scope of his employment or other agency relationship for Defendant, PAUL DOE EMPLOYER (a fictitious name).

6. As further direct and proximate result of negligence on the part of Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, and the occurrence in which resulted, Plaintiff, DONNA M. SEIG-DESANTIS, caused to suffer injuries of a temporary and permanent nature, was caused and will be caused to experience great pain and suffering, was caused and will be caused to suffer a diminished earning capacity, was caused and will be caused to seek medical attention for her injuries, has incurred and will incur medical expenses for the treatment of her injuries, was caused and will be caused to experience great anxiety, and was otherwise injured and damaged, all to his great loss and detriment.

WHEREFORE, Plaintiff, DONNA M. SEIG-DESANTIS, demands Judgment against the Defendant, PAUL DOE EMPLOYER (a fictitious name), for such sums as would reasonably and properly compensate her in accordance with the laws of the State of New Jersey, together with interest, costs of suit, and such other relief as the Court may deem just.

### FOURTH COUNT

1. On the afternoon of Wednesday, April 29, 2020, Plaintiff, DONNA M. SEIG-DESANTIS, was lawfully operating her private passenger automobile and was traveling in a general easterly direction on U.S. Route 40, in the vicinity

of Mile Post 8.3, in the Township of Pilesgrove, County of Salem, and State of New Jersey.

2. At the time and place hereinabove described, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, was operating a large commercially registered truck and was traveling in a general westerly direction on U.S. Route 40, in the vicinity of Mile Post 8.3, in the Township of Pilesgrove, situated as hereinabove described.

3. At the above time and place, Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, so negligently operating the large commercially registered truck he was driving as to cause the large commercially registered truck to cross the center line of the roadway and to collide with the side of the automobile operated by Plaintiff, DONNA M. SEIG-DESANTIS.

4. The negligence of Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, included, inter alia, the followings acts and/or omissions: (a) traveling at an excessive rate of speed under the circumstances, (b) failing to make proper observations, (c) failing to keep his vehicle in the proper lane of travel, (d) failing to properly negotiate a curve in the roadway, and (e) otherwise failing to exercise due care for the safety of Plaintiff, DONNA M. SEIG-DESANTIS, and other persons lawfully using the roadways of the State of New Jersey.

5. As further direct and proximate result of negligence on the part of Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, and the occurrence in which resulted, Plaintiff, DONNA M. SEIG-DESANTIS, caused to suffer injuries of a temporary and permanent nature, was caused and will be caused to experience great pain and suffering, was caused and will be caused to suffer a diminished earning capacity, was caused and will be caused to seek medical attention for his injuries, has incurred and will incur medical expenses for the treatment of his injuries, was caused and will be caused to experience great anxiety, and was otherwise injured and damaged, all to his great loss and detriment.

WHEREFORE, Plaintiff, DONNA M. SEIG-DESANTIS, demands Judgment against the Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES, for such sums as would reasonably and properly compensate him in accordance with the laws of the State of New Jersey, together with interest, costs of suit, and such other relief as the Court may deem just.

### FIFTH COUNT

1. Plaintiff, DONNA M. SEIG-DESANTIS, hereby repeats and incorporates by this reference all of the allegations contained in the preceding Counts of this Complaint as if set forth at length herein.

2. The occurrence and resulting injuries hereinabove described were proximately caused by the concurrent negligence of Defendants, T-JIM LOGISTICS, LTD. CO., JOHN DOE EMPLOYER (a fictitious name) d/b/a T-JIM

*Radano & Lide*
ATTORNEYS AT LAW
78 WEST PARK AVENUE, SUITE 2
P.O. BOX 1477
VINELAND, NEW JERSEY 08362-1477
(856) 691-2500

LOGISITICS, LIMITED LIABILITY COMPANY, PAUL DOE EMPLOYER (a fictitious name name) and AL SALEM T. FORBES a/k/a AL S. FORBES.

3. Under the circumstances hereinabove alleged, Defendants, T-JIM LOGISTICS, LTD. CO., JOHN DOE EMPLOYER (a fictitious name) d/b/a T-JIM LOGISITICS, LIMITED LIABILITY COMPANY, PAUL DOE EMPLOYER (a fictitious name name) and AL SALEM T. FORBES a/k/a AL S. FORBES, are jointly and severally liable for the injuries and damages of which the Plaintiff, DONNA M. SEIG-DESANTIS, complains.

WHEREFORE, Plaintiff, DONNA M. SEIG-DESANTIS, demands Judgment against Defendants, T-JIM LOGISTICS, LTD. CO., JOHN DOE EMPLOYER (a fictitious name) d/b/a T-JIM LOGISITICS, LIMITED LIABILITY COMPANY, PAUL DOE EMPLOYER (a fictitious name name) and AL SALEM T. FORBES a/k/a AL S. FORBES, jointly, severally, and in the alternative, for such sums as would reasonably and properly compensate him in accordance with the laws of the State of New Jersey, together with interest, costs of suit and such other relief as the Court may deem just.

RADANO & LIDE

DATED: February 14, 2022    BY: _____
MELVILLE D. LIDE

### NOTICE PURSUANT TO RULES 1:5-1(a) and 4:17-4(c)

**TAKE NOTICE** that the undersigned attorneys for the Plaintiff, DONNA M. SEIG-DESANTIS, hereby demand, pursuant to rules 1:5-1(a) and 4:17-4(c), that each party herein serving pleadings and Interrogatories and receiving answers thereto serve copies of all such pleadings and answered Interrogatories upon the undersigned attorneys and **TAKE NOTICE** that this is a continuing demand.

RADANO & LIDE

DATED: February 14, 2022    BY: _____
MELVILLE D. LIDE

### DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, the undersigned attorneys for the Plaintiff, DONNA M. SEIG-DESANTIS, hereby designate, Paul V. Orecchia, Esquire, as Trial Counsel.

RADANO & LIDE

DATED: February 14, 2022    BY: _____
MELVILLE D. LIDE

Radano & Lide
ATTORNEYS AT LAW
78 WEST PARK AVENUE, SUITE 2
P.O. BOX 1477
VINELAND, NEW JERSEY 08362-1477
(856) 691-2500

## DEMAND FOR INTERROGATORIES

*TAKE NOTICE* that, pursuant to New Jersey Court Rule 4:17-1, as Amended effective September 5, 2000, Plaintiff, DONNA M. SEIG-DESANTIS, hereby demands that Defendants, T-JIM LOGISTICS, LTD. CO., JOHN DOE EMPLOYER (a fictitious name) d/b/a T-JIM LOGISITICS, LIMITED LIABILITY COMPANY, PAUL DOE EMPLOYER (a fictitious name name) and AL SALEM T. FORBES a/k/a AL S. FORBES, provide Answers to "Uniform Interrogatories Form C and C(1)" within the sixty (60) day time period prescribed by the New Jersey Court Rules.

DATED: February 14, 2022        BY: _____
                                    RADANO & LIDE
                                    MELVILLE D. LIDE

## DEMAND FOR DISCOVERY OF INSURANCE COVERAGE INFORMATION

*PLEASE TAKE NOTICE* that the undersigned attorney for the Plaintiff, DONNA M. SEIG-DESANTIS, hereby demands that all Defendants produce complete copies of any and all Motor Vehicle liability insurance policies that were in effect at the time of the April 29, 2020, motor vehicle accident. This request includes, but is not limited to, the declaration sheet, the actual policy and any and all endorsements to the policy. This demand can be complied with by sending certified complete copies of the applicable policies to the undersigned attorney for the Plaintiff within 50 days of the Service of the Complaint, or alternatively, by producing the original of said policy at the office of the undersigned attorney at 10:00 a.m. on the foregoing date.

DATED: February 14, 2022        BY: _____
                                    RADANO & LIDE
                                    MELVILLE D. LIDE

## NOTICE TO PRODUCE DOCUMENTS

*PLEASE TAKE NOTICE* that, pursuant to Rule 4:18-1, we hereby request that you produce at the offices of Radano & Lide, within thirty-five (35) days of the filing of an Answer to the Complaint and permit the party making this request to inspect and copy the following designated documents and things; or, in the alternative, respond by providing such items by mail prior thereto:

1) Copies of all photographs or videotapes of the parties involved, vehicles involved, the scene of the accident or any other relevant photographs or videotapes in possession of Defendant(s) or their attorneys, representatives or insurance carrier.

2) Copies of any diagrams, reports, floor plans, sketches, architect's renderings, or other schematic prepared by police, investigators, the parties or any other person.

Radano & Lide
ATTORNEYS AT LAW
78 WEST PARK AVENUE, SUITE 2
P.O. BOX 1477
VINELAND, NEW JERSEY 08362-1477
(856) 691-2500

3) Copies of any and all medical record(s) of Plaintiff obtained by you or your representatives from sources other than Plaintiff in the course of Discovery or investigation.

4) Copies of any and all statements of the parties to this lawsuit, written or oral, including but not limited to electronic notations, log notes, computer records, records, or other documentation memorializing statements of parties or conversations with any party of this lawsuit.

5) A copy of the report(s) of any expert upon which will rely, setting forth the facts and opinions to which the expert is expected to testify, the summary of grounds for each opinion and a copy of the current curriculum vitae of said expert.

6) Any and all exhibits and documentary evidence which may be used at Trial.

7) A copy of any CIB or other claim index pertaining to report to Plaintiff which has been obtained by you or anyone acting on your behalf.

8) Any and all transcripts, reports or documents in your possession which could be used in cross examination of Plaintiff's experts at Trial, or which you are in possession of, whether or not you intend to use them at Trial.

9) Name and address of the Defendant driver's employer at the time of the April 29, 2020, collision.

10) A copy of the Driver's License of Defendant, AL SALEM T. FORBES a/k/a AL S. FORBES.

DATED: February 14, 2022            BY: _____
                                         RADANO & LIDE
                                         MELVILLE D. LIDE

## OFFER TO TAKE JUDGMENT

**PLEASE TAKE NOTICE** that pursuant to Rule 4:58-1, the Plaintiff, DONNA M. SEIG-DESANTIS, offers to take a Judgment against Defendants, T-JIM LOGISTICS, LTD. CO., JOHN DOE EMPLOYER (a fictitious name) d/b/a T-JIM LOGISITICS, LIMITED LIABILITY COMPANY, PAUL DOE EMPLOYER (a fictitious name name) and AL SALEM T. FORBES a/k/a AL S. FORBES, jointly severally and in the alternative, in the amount of $525,000.00 (Five Hundred Twenty Five Thousand Dollars), without prejudice, with costs accrued to date hereof.

**PLEASE TAKE FURTHER NOTICE** that if this Offer to Take Judgment is not timely accepted in accordance with R. 4:58-1, et seq., an application may be made for all reasonable litigation expenses incurred following such non-acceptance, interest at 8% (or prevailing rate), attorneys' fees, and costs.

DATED: February 14, 2022            BY: _____
                                         RADANO & LIDE
                                         MELVILLE D. LIDE

Radano & Lide
ATTORNEYS AT LAW
78 WEST PARK AVENUE, SUITE 2
P.O. BOX 1477
VINELAND, NEW JERSEY 08362-1477
(856) 691-2500

SLM-L-000029-22   02/14/2022 10:38:28 AM   Pg 9 of 9   Trans ID: LCV2022634535

## DEMAND FOR JURY TRIAL

*TAKE NOTICE* that the Plaintiff, DONNA M. SEIG-DESANTIS, hereby demands a Trial by Jury on all issues in accordance with the Rules of this Court.

DATED: February 14, 2022         BY: _____
                                         RADANO & LIDE
                                         MELVILLE D. LIDE

## CERTIFICATION IN ACCORDANCE WITH RULE 4:5-1

Pursuant to Rule 4:5-1, it is hereby certified that, to the best of my knowledge, there are no other pending actions or proceedings involving the matter in controversy; none are contemplated and I do not presently know the identity of any other party who should be joined.

DATED: February 14, 2022         BY: _____
                                         RADANO & LIDE
                                         MELVILLE D. LIDE

*Radano & Lide*
ATTORNEYS AT LAW
78 WEST PARK AVENUE, SUITE 2
P.O. BOX 1477
VINELAND, NEW JERSEY 08362-1477
(856) 691-2500

SLM-L-000029-22   02/14/2022 10:38:28 AM   Pg 1 of 1 Trans ID: LCV2022634535

# Civil Case Information Statement

## Case Details: SALEM | Civil Part Docket# L-000029-22

**Case Caption:** SEIG-DESANTIS DONNA VS T-JIM LOGISTICS, LTD , CO
**Case Initiation Date:** 02/14/2022
**Attorney Name:** MELVILLE D LIDE
**Firm Name:** RADANO & LIDE
**Address:** 78 WEST PARK AVE - STE 2 P.O. BOX 1477 VINELAND NJ 08360
**Phone:** 8566912500
**Name of Party:** PLAINTIFF : SEIG-DESANTIS, DONNA, M
**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: DONNA M SEIG-DESANTIS?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
    If yes, for what language:

Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

02/14/2022
Dated

/s/ MELVILLE D LIDE
Signed

SLM L 000029-22   02/15/2022 4:43:24 AM  Pg 1 of 1 Trans ID: LCV2022647659

```
SALEM CO CIVIL CASE MGMT
SUPERIOR COURT LAW DIV
92 MARKET STREET
SALEM           NJ 08079
                                        TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (856) 878-5050
COURT HOURS  8:30 AM - 4:30 PM

                         DATE:   FEBRUARY 14, 2022
                         RE:     SEIG-DESANTIS DONNA  VS T-JIM LOGISTICS, LTD . CO
                         DOCKET: SLM L -000029 22

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON BENJAMIN D. MORGAN

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    001
AT:  (856) 878-5050.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                         ATTENTION:
                                    ATT: MELVILLE D. LIDE
                                    RADANO & LIDE
                                    78 WEST PARK AVE - STE 2
                                    P.O.  BOX 1477
                                    VINELAND         NJ 08360

ECOURTS
```